IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Media Products, Inc., | No. CV 12-00668-PHX-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| Does 1-27, | |
| Defendants. | |

IT IS ORDERED pursuant to Rule 4(m), Fed. R. Civ. P., that this action shall be dismissed on or after **August 8, 2012**, without further notice to Plaintiff, unless before then Plaintiff has served Defendants with process and has filed with the clerk of the court proof thereof pursuant to Rule 4(*l*).

DATED this 1st day of August, 2012.

_____
Neil V. Wake
United States District Judge