IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Media Products, Inc., | No. CV 12-00668-PHX-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| Doe 1; Doe 2;Doe 4; Doe 6; Doe 7; Doe 10; Doe 11; Doe 15; Doe 17; Doe 18; Doe 20; Doe 21; Doe 22 and Doe 24, | |
| Defendants. | |

The Court having reviewed the Plaintiff's Motion to File Summons Under Seal (Doc. 14), and good cause appearing,

IT IS ORDERED granting the Plaintiff's Motion to File Summons Under Seal (Doc. 14).

IT IS FURTHER ORDERED directing the Clerk of the Court to issue and then file the Summons for each individual Doe Defendant under seal.

DATED this 27th day of August, 2012.

_____
Neil V. Wake
United States District Judge