Wayne D. Carroll, (Bar No. #024120)
The Carroll Law Firm PLC
42104 N. Venture Court, Suite E-101
Anthem, AZ 85086
P. (623)551-9366; F. (623) 551-7970
Copyright@AnthemLawFirm.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA - PHOENIX

| MEDIA PRODUCTS, INC., | Case No.: CV-12-00668-PHX-NVW |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE FOR DOES 1, 2, 4, 6, 7, 10, 11, 15, 17, 18 AND 20-22** |
| DOE 1, DOE 2, DOE 4, DOE 6, DOE 7, DOE 10, DOE 11, DOE 15, DOE 17, DOE 18, DOE 20, DOE 21, DOE 22 AND DOE 24, | |
| Defendants. | |

Plaintiff, by and through counsel, pursuant to Rule 41(a)(i)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses without prejudice all claims filed against Does 1, 2, 4, 6, 7, 10, 11, 15, 17 and 20-22.  All Defendants except Doe 24 that have not been previously dismissed are dismissed without prejudice by this notice. Each party to bear their own fees and costs.

Submitted this day, September 18, 2012.

2

                    FOR THE PLAINTIFF:

                    By:  /s/ Wayne Carroll
                    Wayne Carroll (AZ Bar No. 024120)

                    ATTORNEY FOR PLAINTIFF